UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATUSHA VAINS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUDSONS'S BAY COMPANY, a Canadian corporation, and SAKS FIFTH AVENUE, LLC, a Massachusetts limited liability company,<br><br>Defendants. | Case No.: 1:18-cv-3366 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Latusha Vains, hereby voluntarily dismisses the above-captioned case *without prejudice* against Defendants, Hudsons's Bay Company, and Saks Fifth Avenue, LLC.

Dated: August 15, 2018

Respectfully,

/s/ John A. Yanchunis
JOHN A. YANCHUNIS*
jyanchunis@ForThePeople.com
RYAN MCGEE*
rmcgee@ForThePeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

JEAN SUTTON MARTIN*
jean@jsmlawoffice.com
LAW OFFICE OF JEAN SUTTON
MARTIN PLLC
2018 Eastwood Road Suite 225
Wilmington, NC 28403
Telephone: (910) 292-6676
Facsimile: (888) 316-3489

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2018, the foregoing was electronically filed with the Clerk of the United States District Court for the Southern District of New York using the Court's CM/ECF system, which will send electronic notification and electronic copies of such filing to all counsel of record.

      */s/ John A. Yanchunis*
      John A. Yanchunis